SO ORDERED.

Dated: September 20, 2009

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-20987/0202715868

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-BK-06954-RTBP |
| Robin Lynne Eddingfield<br>    Debtor. | Chapter 7 |
| Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA<br>    Movant,<br>  vs.<br>Robin Lynne Eddingfield, Debtor, William E. Pierce, Trustee.<br>    Respondents. | ORDER<br><br>(Related to Docket #16) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 15, 2006 and recorded in the office of the Yavapai County Recorder wherein Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA is the current beneficiary and Robin Lynne Eddingfield has an interest in, further described as:

> LOT 1154, VERDE VILLAGE UNIT 3, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE YAVAPAI COUNTY RECORDER IN BOOK 14 OF MAPS, PAGE 74 AND CERTIFICATE OF SCRIVENER'S ERROR RECORDED NOVEMBER 14, 1984 IN BOOK 1677 OF OFFICIAL RECORDS, PAGE 16. EXCEPTING ALL OIL, MINERALS, ORE AND METALS AS RESERVED IN DEED RECORDED IN BOOK 187 OF DEEDS, PAGES 331-333. ALSO EXCEPTING ALL OIL, GAS, COAL AND OTHER MINERALS AS RESERVED IN DEED RECORDED IN BOOK 145 OF DEEDS, PAGE 214.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT